Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for the Debtor(s)
WILLIAM A. KEELER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| In re<br><br>WILLIAM A. KEELER<br>XXX-XX-4556<br><br><br><br><br><br><br><br>Debtor(s). | Case No.: 11-44730<br><br>Chapter 7<br><br>DC No.: SNM-1<br><br>**MOTION FOR AN ORDER APPROVING ABANDONMENT OF WILLIAM A. KEELER, LCSW (A SOLE PROPRIETORSHIP)**<br><br>Date: November 21, 2011<br>Time: 10:00 a.m.<br>Courtroom: 28, 7th Floor<br>Judge: Michael S. McManus |

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of William A. Keeler, respectfully represents:

1. Movant filed a voluntary petition for relief under Title 11 of the United States Code on October 17, 2011.

2. At the time of the entry of the order for relief debtor was in possession of the following described property: William A. Keeler, LCSW (a sole proprietorship), located at 1020 Missouri Street, Fairfield, CA 94533, consisting of personal property described on Schedule B and as more particularly described on debtor's declaration filed herewith.

3. The property so described is claimed as exempt by the debtor under CCP § 703.140(b)(6) and CCP § 703.140(b)(5), and no administration by the trustee is contemplated.

1

4. Movant desires to continue to operate said business during the pending of the bankruptcy proceeding, and requires an order of abandonment under Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: October 19, 2011 /s/ Stephen Murphy
STEPHEN MURPHY
Attorney for Debtor(s)